ROBERTSON, Presiding Judge.
AFFIRMED. NO OPINION.
*249 See Rule 53(a)(1) and (a)(2)(F), Ala.R.App. P.; § 41-22-18, Ala.Code 1975; Ex parte Lake Forest Property Owners’ Ass’n, 603 So.2d 1045 (Ala.1992); Trim Bldg. Corp. v. White, 594 So.2d 124 (Ala.Civ.App.1991); and Regional Dialysis v. Northeast Alabama Kidney Clinic, Inc., 480 So.2d 1226 (Ala.Civ.App.), cert. denied, 480 So.2d 1229 (Ala.1985).
YATES, MONROE, and THOMPSON, JJ., concur.
CRAWLEY, J., dissents.